1060

[No. 46326-8-I. Division One. July 2, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JAIME L. TEODORO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-05666-0, Richard M. Ishikawa, J., entered March 13, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 46426-4-I. Division One. July 2, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. MUTAZ ABU FAKHER, ET AL., *Defendants*, MARCUS ARISTOTLE QUINTANA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-10119-3, William L. Downing, J., entered April 3, 2000. *Affirmed* by unpublished opinion per Agid, C.J., concurred in by Becker and Appelwick, JJ.

[No. 46533-3-I. Division One. July 2, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. ARDELL J. SHAW, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 99-1-00853-1, Ellen J. Fair, J., entered April 17, 2000. *Affirmed* by unpublished per curiam opinion.

[Nos. 46587-2-I; 46303-9-I. Division One. July 2, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM TRIERWEILER, *Appellant*.
*In the Matter of the Sentence of* WILLIAM TRIERWEILER.

Appeal from a judgment of the Superior Court for King County, No. 99-1-50133-7, Sharon S. Armstrong, J., entered February 2, 2000, and a petition by the Department of Corrections for review of the sentence. Appeal *dismissed* and petition *denied* by unpublished per curiam opinion.